Erika A. Heath (SBN 304683)
**DUCKWORTH & PETERS LLP**
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel:    (415) 433-0333
Fax:    (415) 449-6556
erika@duckworthpeters.com

**Robert S. Sola, P.C.**
Robert S. Sola *(*admitted *pro hac vice)*
1500 SW First Avenue
Suite 800
Portland OR 97201
Tel: (503) 295-6880
Fax:(503) 243-4546
rssola@msn.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NELIDA PRADO,<br><br>    *Plaintiff*,<br><br>v.<br><br>TRANS UNION, LLC; and LEXISNEXIS RISKSOLUTIONS,INC.;<br><br>    *Defendant*. | Case No. 3:19-cv-06849-JSW<br><br>**PLAINTIFF NELIDA PRADO'S NOTICE OF DIRECT LAND LINE FOR COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date:   January 31, 2020<br>Time:   11:00 A.M.<br>Courtroom: 5, 2nd Floor |

  Plaintiff NELIDA PRADO ("Plaintiff") hereby submits the following direct land line of her counsel, Robert Sola, to be used to participate in the Case Management Conference by telephone:

  (503) 295-6880

| | |
|---|---|
| Dated: January 22, 2020 | DUCKWORTH & PETERS LLP |
| | */s/ Erika Heath*_____ <br> Erika A. Heath <br> DUCKWORTH & PETERS LLP <br> 369 Pine Street, Suite 410 <br> San Francisco, CA 94104 <br> Telephone: (415) 433-0333 <br> Facsimile: (415) 449-6556 <br> erika@duckworthpeters.com |
| | Robert S. Sola *(admitted pro hac vice)* <br> Robert S. Sola, P.C. <br> 1500 SW First Avenue <br> Suite 800 <br> Portland OR 97201 <br> Tel: (503) 295-6880 <br> Fax:(503) 243-4546 <br> rssola@msn.com |
| | *Attorneys for Plaintiff* |

- 2 -

PLAINTIFF'S NOTICE OF DIRECT LAND LINE